OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

**OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE**

$ 00.27⁵
JUN 08 2015
MAILED FROM ZIP CODE 78701

**5/28/2015**
**HAINES, RODNEY STEVE**  Tr.Ct. No. A05-0441   WR-83,380-06

On this day, the application for 11.07 Writ of Habeas Corpus has been received and presented to the Court.

Abel Acosta, Clerk

RODNEY STEVE HAINES
TERRELL UNIT - TDC # 1347799
1300 FM 655
ROSHARON, TX  77583

U TF